ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 SEP 19  AM 9: 30

CLERK _BMcCarthy_
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MILTON MILLER MATHIS,                    )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )        CV 106-071
                                         )
TWO STATE CONSTRUCTION CO., et al.,      )
                                         )
            Defendants.                  )

---

## ORDER

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this __19th__ day of September, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE